UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION,<br><br>           Plaintiff(s),<br><br>    v.<br><br>ASHBURN ELETRICAL CONTRACTORS INC,<br><br>           Defendant(s).<br>_____/ | No. C 11-04146 MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on December 8, 2011. However, as Plaintiff has requested the entry of default against Defendant, the Court VACATES the December 8 conference. Plaintiff shall file a motion for default judgment within 30 days from entry of default. If the Clerk denies entry of default, Plaintiff shall file a status report within 14 days from the date of the denial.

**IT IS SO ORDERED.**

Dated: December 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge